**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TASHA MARCIEL,

       Plaintiff,

     vs.

BVMH AUTO GROUP LLC OF
POCATELLO ID,

       Defendant.

Case No. 3:26-cv-00045-ART-CSD

**ORDER GRANTING
STIPULATION TO EXTEND TIME FOR
PLAINTIFF TO FILE HER OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Plaintiff Tasha Marciel ("Plaintiff") and Defendant BVMH Auto Group III, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have an extension of time up to and including Friday, May 1, 2026, in which to file her opposition to Defendant's motion to dismiss Plaintiff's Complaint (ECF No. 10) (filed on April 10, 2026).  This Stipulation is submitted and based on the following:

1.    Plaintiff filed her Complaint (ECF No. 1) on December 18, 2025.

2.    Defendant filed its Motion to Dismiss Plaintiff's Complaint (ECF No. 10) on April 10, 2026.

3.    The deadline for Plaintiff to file her Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint is today, April 24, 2026.  Plaintiff requires additional time of one week to file her opposition up to and including Friday, May 1, 2026.

4.    This is the first request for an extension of time for Plaintiff to file her opposition.

5.    This request is made in good faith and not for the purpose of delay.

Dated this 24th day of April 2026.

HOLMAN LAW OFFICE

/s/  *Kristina S. Holman*
KRISTINA HOLMAN, Bar No. 3742
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

*/s/ Kyle J. Hoyt*
JOSHUA A. SLIKER. ESQ.
Nevada Bar No. 12493
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED THIS 27th day of April, 2026